

-----Original Message-----
From: Denise Arnot <
To: ccrenson <
Cc: cawad <                    athiessen <                              >; mleavitt
<
Sent: Sun, Jun 2, 2013 4:38 pm
Subject: Re: Conditions at BCAC

Dear Ms Crenson,

I am shocked by your reaction! I would hope that you would want to put the needs of the animals first and address the issues that were mentioned. Your staff is quite qualified to recommend which animals need help and frankly we do not like to come in and "shop" for which cat to save because we want to see them all rescued. We do no judge a cat by illness, age, disposition, or color. We have no qualms about taking old cats, feral cats, underaged kittens, aggressive cats, shy cats, or sick cats. Our foster homes are amply qualified to handle sick cats but these cats were not only sick, they were dying. If you honestly believe that turning your back on rescue who is willing to work with you is the proper reaction, then I would say that the problem is much bigger than I realized.

Denise

-----Original Message-----
From: Charlotte Crenson <
To: darnot
Sent: Sun, Jun 2, 2013 12:39 pm
Subject: Re: Conditions at BCAC

```
We are sorry that you had this unfortunate experience woth our shelter,
however is is mu understanding that you were aware that they were sick
when you took them. We have many healthy litters available. I am
reluctant to transfer sick animals. I am removing your organization fom
our rescue partner list. I am more comfortable working with partners who
are able to select their rescue candidates in person. I am sorry about
your experience and regret that we must discontinue working with you.
Best of luck!
```

>>> Denise Arnot <                         06/02/13 8:44 AM >>>

Charlotte Crenson
Director, Baltimore County Animal Control
13800 Manor Road
Baldwin MD 21013

Dear Ms Crenson:

"Unfortunately, we lost two more kittens (the girls from the orange and white mom). We're down to one male kitten from the orange and white cat, all kittens from the orange tabby died. The three grey kittens and their black mom are holding their own. However, it's been really discouraging."

This was an email from the foster home that recently took three mother cats from your facility. The orange and white mother arrived with five kittens and is down to one. The orange mom gave birth to three kittens that all died. For cat lovers to watch kittens die and see such sick moms is extremely disheartening. At Fancy Cats Rescue Team, we've been in the rescue business long enough to recognize that cats arriving en masse in such poor condition is a reflection of the shelter from where they've come. This is not the first cat that we have encountered from your facility that was on death's door. And so it begs the question: what measures are being taken on your end to prevent this problem? Is the shelter staff using good cleaning protocols? Disposable latex gloves which are discarded after cleaning each cage? Are cleansers being used properly? Do you completely disinfect areas before introducing new cats? Are you medicating cats immediately? What medicine are you using to treat sick cats? Do you segregate queens with fragile newborns from the general population? Intranasal vaccines for underage kittens?

We understand that illness may come with shelter cats but by comparison to other shelters we work with: Warren County Animal Control; Fairfax County Animal Shelter; Washington Humane; King George Animal Control; Prince Georges Animal Management Group, just to name a few; the level of illness from BCAC is staggering. Of a litter of orphans that we received several weeks ago, only two survived. We were told of bottle babies that your staff paired with a female (feral) cat that was not even lactating and all the kittens—save one—died of starvation.

Cats arrive healthy to your shelter and contract deadly illnesses. And then, they are improperly medicated, and the burden of the illness is passed onto rescue. Sick cats impact rescues because they shut down valuable foster homes for several weeks and slow down adoptions, a vital source of income. The problem is compounded because rescue groups are gunshy to work with a shelter like BCAC.

With more moms and underage kittens streaming into the shelter constantly, what does the future hold for them? Adoptions are practically non-existent, rescues are afraid to work with the shelter, and those in charge do not seem interested in making improvements. I was impressed with how responsive Anne was with answering questions and assisting with transport arrangements. And Meghan was also very compassionate and helpful. However, no matter how hard the staff works, if they do not have the support of those in a position of power to actually shelter animals in their care, the systematic killing of innocent animals will not abate. We are a rescue, run on donations, without a full

2

salaried staff, so we cannot fathom how ashelter with paidemployees, and a budget, is not doing more to save the animals in your care. Isn't itincumbent on those in charge to make sure your local community's tax dollarsare well spent?

Eventhe most basic means to boost adoptions and im1. Recruitvolunteers. Youare only as good as your volunteer base. You should have a multitude of fosterhomes lined up for underage kittens, nursing queens, and special needs animals.

2. Boostadoptions. Set upmore adoption fairs and community outreach. Bring your animals to nearby petstores and let people know about this needy shelter in their county.

3. Advertiseanimals. It isseems that the only photographs of the animals at BCAC that circulate are onestaken by volunteers! The internet is a valuable resource for finding homes. Doyou even have a Petfinder site?

Iapologize if I am being too forthright, but clearly, I am very concerned forthe animals in your care and am very interested to learn what is being done toimprove conditions. Forrescue groups to partner with BCAC, we need assurances that the shelter isgoing to address the issues that are causing cats to get so sick anddie. It has to be a team effort. We cannot carry the burden alone.

Respectfully,

DeniseArnot
FancyCats Rescue Team