# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Northern Maryland)

| | | |
|---|---|---|
| **Denise Arnot** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action: 14-CV-1073-JKB |
| **Charlotte Crenson** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENLARGE TIME
## TO FILE RESPONSIVE PLEADING

Charlotte Crenson, Defendant by undersigned counsel and, pursuant to Federal Rules of Civil Procedure, Rule 6 (b), respectfully requests this Honorable Court to enlarge the time to file her responsive pleading, and as grounds states:

1. Defendant Crenson was served with process on May 5, 3014. The time for her to file her responsive pleading is therefore May 27, 2014, due to the weekend and federal holiday.

2. There was some bureaucratic delay before the undersigned was assigned to handle this case. As a result the undersigned in still in the process of gathering all the relevant information and documents.

3. The undersigned contacted plaintiff's counsel, Howard Hoffman, Esquire to request a 14 day extension and explained that I am uncertain whether the defendant would be filing an Answer or a Motion to Dismiss. Mr. Hoffman declined to agree to the requested 14 day extension, but stated

      that he would agree to a 7 day extension, provided defendant agreed to file an Answer, not a Motion to Dismiss.

4. Undersigned counsel respectfully asks the Court to grant the brief 14 day extension so that an informed decision can be made as to whether an Answer or a Motion to Dismiss is the proper pleading to file in this case.

5. Plaintiff will not be unfairly prejudiced by the grant of the requested extension.

WHEREFORE, defendant, Charlotte Crenson, respectfully asks that she be given until June 10, 2014 to file her responsive pleading.

Respectfully submitted,

_____/s/_____
PAUL M. MAYHEW.
Assistant County Attorney
Old Courthouse, Room 219
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420
pmayhew@baltimorecountymd.gov
Counsel for Defendant

### REQUEST FOR A HEARING

The County requests a hearing on the Motion to Dismiss.

_____/s/_____
Paul M. Mayhew
County Attorney

**Electronically Filed:  May 23, 2014**