IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Fancy Cats Rescue Team, Inc.,** *et al.* | * | |
| **Plaintiffs** | * | |
| v. | * | Case No.  BPG 14-1073 |
| **Baltimore County, Maryland,** *et al.* | * | |
| **Defendants** | * | |

## ORDER OF JUDGMENT

Based on the acceptance by Plaintiffs of the Offer of Judgment made by Defendants pursuant to Fed.R.Civ.P. 68, **IT IS HEREBY ORDERED:**

1. Judgment shall be, and hereby is, entered in favor of Plaintiff Denise Arnot and against Defendants, Charlotte Crenson and Baltimore, County, Maryland, in the amount of **Twenty Thousand and One U.S. Dollars (USD $20,001.00)**, as provided in the Offer of Judgment.

2. Judgment shall be, and hereby is, entered in favor of Plaintiff Fancy Cats Rescue Team, Inc. and against Defendants, Charlotte Crenson and Baltimore, County, Maryland, in the amount of **Five Thousand U.S. Dollars (USD $5,001.00)**, as provided in the Offer of Judgment.

3. Additionally, and as provided in the Offer of Judgment, the aforementioned amounts shall include a total aggregate amount of **Fifty Two Thousand Five Hundred U.S. Dollars (USD $52,500.00)**, as reimbursement of Attorneys' Fees and Costs.

4. Defendants shall be jointly and severally liable to Plaintiffs for these amounts.

**SO ORDERED,** on  6-4-15

_____
Hon. Beth P. Gesner
Magistrate Judge, U.S. District Court for the
District of Maryland